[No. 14605-3-II.   Division Two.   October 7, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINE
P. THORPE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-01625-2, Donald H. Thompson, J., entered

January 14, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.